## Commonwealth *v.* Mills, Appellant.

Submitted April 13, 1970. *Warren R. Keck, III*, Public Defender, for appellant; *Robert F. Banks*, Assistant District Attorney, and *Edward M. Bell*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on

714

the issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.